(123 So. 923)

Jim ARLEDGE v. STATE.   (5 Div. 739.)

Court of Appeals of Alabama.   June 18, 1929.

BRICKEN, P. J. There was a general verdict of guilty rendered by the jury against this appellant, who was tried upon an indictment which charged him with the offenses of distilling, etc., prohibited liquors, and of the unlawful possession of a still, to be used for that purpose. The defendant appealed to this court. The appeal is upon the record proper, there being no bill of exceptions. The record is regular, and the judgment of conviction will stand affirmed.

Affirmed.